# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

## CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☒ 4st _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Edward Lewis Willis    JOINT DEBTOR: Rosemary Willis    CASE NO.: 14-28578-AJC
Last Four Digits of SS# 9106    Last Four Digits of SS# 8191

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

- A. $ 881.05 for months 1 to 22;
- B. $ 2,269.09 for months 23 to 23;
- C. $ 2,269.09 for months 24 to 60; in order to pay the following creditors:

Administrative: Attorney's Fee - $ 3,500 + 775 + $1,050+525 = $5,850 TOTAL PAID $ 2,000
Balance Due $ 3850 payable $ 151.14 /month (Months 1 to 22); $525/month (Month 23)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Nationstar Mortgage        Arrearage on Petition Date $ 22,796.96
Address: Bankruptcy Department    Arrears Payment    $ 79.31 /month (Months 1 to 22)
350 Highland Drive, Lewisville, TX 75067    Arrears Payment    $ 274.57 /month (Months 23)
Account No: 9149            Arrears Payment    $ 561.59/month (Months 24 to 60)
                    Regular Payment $ 616.85 /month (Months 1 to 22)
                    Regular Payment $ 1,094.53 /month (Months 23 to 60)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| GMAC Mortgage/ Ditech | Homestead Property located at: 14920 Polk Street<br><br>Value: $65,000.00 | N/A | $0.00 | 1 To 60 | $0.00 |

Priority Creditor: Internal Revenue Service Total to be Paid $5,839.78 to be paid $9.68/month (Month 1 to 22); $148.08/month (Month 23); and $148.08/month (Month 24 to 60)

Unsecured Creditors: Pay $ 237.98 /month (Months 24 to 60);

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:
1. If the debtor receives gambling winnings during the pendency of the plan the debtor shall turn over any gross winnings to the Chapter 13 Trustee for the benefit of the unsecured creditors.

2. The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is on or before May 15 of each year the case is pending and that the debtor(s) shall provide the trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income.

3. The Debtors are current in their payments to Santander for the Chrysler and will continue making payment directly and outside the Chapter 13 plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ _____        /s/ _____
Debtor                    Joint Debtor
Date: 06/28/2016            Date: 06/28/2016

LF-31 (rev. 01/08/10)